IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA

MISC. NO. 3:10mc31

FILED
CHARLOTTE, NC
FEB 2 6 2010
U.S. DISTRICT COURT
WESTERN DISTRICT OF NC

IN RE: ADVISORY COMMITTEE ON LOCAL PATENT RULES

## ORDER

THIS MATTER is before the Court on its own motion for the appointment of an Advisory Committee on Local Rules pursuant U.S.C. 28 § 2077 and Rule 83 of the Federal Rules of Civil Procedure for the study of local rule or rules pertaining to patent cases and to assist and advise the court on any amendments to the Local Rules. THEREFORE, the court hereby appoints the following persons to the Advisory Committee on Local Rules for Patent Cases who shall serve at the pleasure of the court:

The Honorable David C. Keesler
Judicial Liaison
United States Magistrate Judge
United States Western District of North Carolina
401 W. Trade Street
Suite 238
Charlotte, NC 28202
(704) 350-7430

The Honorable Frank D. Whitney
Judicial Liaison
United States District Judge
Western District of North Carolina
401 W. Trade Street
Suite 195
Charlotte, NC 28202
(704) 50-7480

David K. Davis
United States District Court
Western District of North Carolina
U.S. Courthouse
100 Otis Street
Room 302
Asheville, NC 28801
(828) 771-7242

Lori M. Ritter
United States District Court
Western District of North Carolina
100 Otis Street
Room 110
Asheville, NC 28801
(828) 771-7260

Susan C. Rodriguez
United States District Court
Western District of North Carolina
401 W. Trade Street
Suite 195
Charlotte, NC 28202
(704) 350-7480

Jennifer A. Youngs
Office of the United States Attorney
Western District of North Carolina
227 W. Trade Street
Suite 1650
Charlotte, NC 28202
(704) 338-3159

Lance A. Lawson, Chair
Alston & Bird, LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
(704) 444-1114

Larry S. McDevitt
The Van Winkle Law Firm
11 North Market Street
Asheville, NC 28801
(828) 258-2991

Alice Carmichael Richey
Alice Carmichael Richey, PLLC
6525 Morrison Boulevard
Suite 402
Charlotte, NC 28211
(704) 366-6331

Karl S. Swayer
K&L Gates
Hearst Tower
214 North Tryon Street
47th Floor
Charlotte, NC 28202
(704) 331-5792

The Clerk of Court is directed to serve copies of this Order to the Chief Judge of the Fourth Circuit, the United States Attorney, and to all active and senior United States District Court Judges, Magistrate Judges and Bankruptcy Judges for the Western District of North Carolina.

IT IS SO ORDERED.

THIS 25th day of February, 2010

Robert J. Conrad, Jr., Chief
U.S. District Judge